RECEIVED
IN LAKE CHARLES, LA.

DEC - 1 2014

TONY R. MOORE, CLERK
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| MARK DAVID HOOK, | * CIVIL ACTION NO. 2:13-cv-2550 |
| Plaintiff, | * |
| v. | * JUDGE MINALDI |
| ERIC H. HOLDER, JR., ET AL., | * |
| Defendants. | * MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 16] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Complaint [Doc. 1] be and hereby is **DISMISSED, WITHOUT PREJUDICE.**

Lake Charles, Louisiana, this 24 day of November, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE